```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:09CR162
                               )
        v.                     )
                               )
DENISE McDANIELS,              )            ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on the motion to vacate (Filing No. 40) the preliminary order of forfeiture (Filing No. 39). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to vacate is granted; the preliminary order of forfeiture is vacated.

DATED this 21st day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court